UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW IZEH,

                    Plaintiff,

          -against-

DEPARTMENT OF CORRECTION; THE
WARDEN RIKERS ISLAND/RNDC;
ADMINISTRATION OFFICERS RIKERS
ISLAND CORRECTION,

                    Defendants.

25cv5656 (LTS)

CIVIL JUDGMENT

          For the reasons stated in the December 1, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge*

*v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    December 3, 2025
            New York, New York


                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                         Chief United States District Judge